Rev. 11/2020

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

        Plaintiff

    vs.

AON PLC, ET AL

        Defendant

Civil No.    21-1633   (RBW)

Category   A

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on  6/17/2021  from  Judge Carl J. Nichols  to  Judge Reggie B. Walton  by direction of the Calendar Committee.

(Randomly Reassigned)

JUDGE RUDOLPH CONTRERAS
Chair, Calendar and Case Management Committee

cc:   Judge Carl J. Nichols   &amp; Courtroom Deputy
      Judge Reggie B. Walton   &amp; Courtroom Deputy
      Liaison, Calendar and Case Management Committee