AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| United States of America | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 21-cv-1633-RBW |
| Aon plc et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Aon plc .

Date: 06/18/2021

/s/E. Marcellus Williamson
*Attorney's signature*

E. Marcellus Williamson (DC Bar No. 465919)
*Printed name and bar number*
Latham & Watkins LLP
555 Eleventh Street NW, Suite 1000
Washington, D.C. 20004

*Address*

Marc.Williamson@lw.com
*E-mail address*

(202) 637-2200
*Telephone number*

(202) 637-2201
*FAX number*