AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 21-cv-1633-RBW |
| Aon plc et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Aon plc                                                                                                      .

Date:   06/18/2021                                                /s/Lawrence E. Buterman
                                                                              *Attorney's signature*

                                                            Lawrence E. Buterman (DC Bar No. 998738)
                                                                       *Printed name and bar number*
                                                                          Latham & Watkins LLP
                                                                       1271 Avenue of the Americas
                                                                            New York, NY 10020

                                                                                    *Address*

                                                                       lawrence.buterman@lw.com
                                                                              *E-mail address*

                                                                              (202) 637-2200
                                                                           *Telephone number*

                                                                              (202) 637-2201
                                                                               *FAX number*