UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>AON plc and WILLIS TOWERS WATSON plc,<br><br>*Defendants*. | Case No. 1:21-cv-01633-RBW |

# DECLARATION OF WILLIAM H. JONES II

1. I am an attorney at the U.S. Department of Justice, Antitrust Division. I am counsel for Plaintiff United States of America in the above-captioned case.

2. I am a government attorney registered and authorized to practice in this Court pursuant to Local Civil Rule 83.2(e) of the Rules of the United States District Court for the District of Columbia.

3. I am familiar with the facts and circumstances of this matter and have personal knowledge of the facts set forth below.

4. Attached as **Exhibit 1** to this Declaration is a true and correct copy of email correspondence between counsel for Plaintiff, including me, and counsel for Defendants Aon plc and Willis Towers Watson plc, dated June 16-22, 2021.

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 23, 2021

/s/ William H. Jones II
William H. Jones II

1