**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　*Plaintiff*,<br><br>　v.<br><br>AON plc and WILLIS TOWERS WATSON plc,<br><br>　　　　　　　*Defendants*. | Case No. 1:21-cv-01633-RBW |

**[PROPOSED] ORDER DENYING DEFENDANTS'**
**MOTION FOR ENTRY OF PROTECTIVE ORDER**

The Court DENIES Defendant's Motion for Entry of Protective Order (ECF No. 16).

The Court instructs Defendants to meet and confer with Plaintiff concerning a protective order

and case management order.  After meeting and conferring, the parties shall file a joint

submission by _____, 2021, moving for entry of agreed-upon proposed orders or, if

complete agreement cannot be reached, outlining the parties' positions on the areas of

disagreement.


IT IS SO ORDERED.

This _____ day of _____, 2021.


_____
REGGIE B. WALTON
United States District Judge