AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 21-cv-01633-RBW |
| Aon plc et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Willis Towers Watson plc.

Date: 6/25/2021

/s/ Karen Hoffman Lent
*Attorney's signature*

Karen Hoffman Lent (Admitted Pro Hac Vice)
*Printed name and bar number*
Skadden, Arps, Slate, Meagher & Flom LLP
One Manhattan West
New York, New York 10001

*Address*

Karen.Lent@skadden.com
*E-mail address*

(212) 735-3000
*Telephone number*

(212) 735-2000
*FAX number*