AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 21-cv-01633-RBW |
| Aon plc et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Willis Towers Watson plc                                                                     .

Date:     6/25/2021                                         /s/ Matthew Lisagar
                                                                  *Attorney's signature*

                                                       Matthew Lisagar (Admitted Pro Hac Vice)
                                                            *Printed name and bar number*
                                                       Skadden, Arps, Slate, Meagher & Flom LLP
                                                                  One Manhattan West
                                                                New York, New York 10001

                                                                        *Address*

                                                            Matthew.Lisagar@skadden.com
                                                                    *E-mail address*

                                                                    (212) 735-3000
                                                                  *Telephone number*

                                                                    (212) 735-2000
                                                                      *FAX number*

Print            Save As...                                                                            Reset