IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>       v.<br><br>Aon plc et al.,<br><br>       Defendant. | Case No.: 21-cv-1633-RBW |

### [Proposed] SCHEDULING ORDER

It is hereby ordered that the trial in this case is scheduled to begin on _____, 2021.  The parties shall submit a joint proposed case management plan by _____, 2021.

IT IS SO ORDERED.

This \_\_\_ day of _____, 2021

_____
REGGIE B. WALTON
United States District Court Judge

**NAMES AND ADDRESSES OF ATTORNEYS TO BE<br>NOTIFIED OF ENTRY OF ORDERS**

**For Defendants**

E. Marcellus Williamson (DC Bar No. 465919)
Ian R. Conner (DC Bar No. 979696)
Michael G. Egge (DC Bar No. 432755)
Marguerite M. Sullivan (DC Bar No. 497894)
    Latham & Watkins LLP
    555 Eleventh Street, NW
    Suite 1000
    Washington, DC  20004-1304
    Telephone: (202) 637-2200
    Fax: (202) 637-2201
    marc.williamson@lw.com
    ian.conner@lw.com
    michael.egge@lw.com
    marguerite.sullivan@lw.com

Lawrence E. Buterman (DC Bar No. 998738)
    Latham & Watkins LLP
    1271 Avenue of the Americas
    New York, NY 10020
    Telephone: (212) 906-1200
    Fax: (212) 751-4864
    lawrence.buterman@lw.com

Daniel M. Wall (Admitted *Pro Hac Vice*)
    Latham & Watkins LLP
    505 Montgomery Street, Suite 2000
    San Francisco, CA 94111
    Telephone: (415) 391-0600
    Fax: (415) 395-8095
    dan.wall@lw.com

*Attorneys for Defendant Aon plc*

Clifford Aronson (DC Bar No. 335182)
Karen Hoffman Lent (Admitted *Pro Hac Vice*)
Matthew M. Martino (Admitted *Pro Hac Vice*)
    Skadden, Arps, Slate, Meagher & Flom LLP
    One Manhattan West
    New York, NY 10001
    Telephone: (212) 735-3000
    Fax: (212) 735-2000
    Clifford.Aronson@skadden.com
    Karen.Lent@skadden.com
    Matthew.Martino@skadden.com

David P. Wales
    Skadden, Arps, Slate, Meagher & Flom LLP
    1440 New York Avenue, N.W.
    Washington, DC 20005
    Telephone: (202) 371-7000
    Fax: (202) 393-5760
    David.Wales@skadden.com

*Attorneys for Defendant Willis Towers Watson plc*

**For Plaintiff**

William H. Jones II
Justin T. Heipp
Jessica N. Leal
Lauren G.S. Riker
Curtis Strong
    U.S. Department of Justice
    Antitrust Division
    450 Fifth Street, NW, Suite 4100
    Washington, DC 20530
    Tel. 202-514-0230
    bill.jones2@usdoj.gov

*Attorneys for the United States*