### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,      ) | |
| ) | |
| Plaintiff,     ) | |
| v.      ) | Civil Action No. 21-1633 (RBW) |
| ) | |
| AON PLC, <u>et al.</u>      ) | |
| ) | |
| Defendants.     ) | |
| ) | |

## <u>ORDER</u>

In accordance with the oral rulings issued by the Court at the motions hearing held on July 6, 2021, via teleconference, it is hereby

**ORDERED** that the Defendants' Motion for Entry of Protective Order and Production of Investigation Materials, ECF No. 16, is **DENIED WITHOUT PREJUDICE**.  It is further

**ORDERED** that the Defendants' Motion for Expedited Entry of Scheduling Order, ECF No. 34, is **GRANTED IN PART AND DENIED IN PART**.  The motion is **GRANTED** to the extent that the defendants seek the scheduling of trial in this case.  The motion is **DENIED** in all other respects.  It is further

**ORDERED** that the Defendants' Motion to Compel Response to Special Interrogatories, ECF No. 36, is **DENIED WITHOUT PREJUDICE**.  It is further

**ORDERED** that, on or before July 12, 2021, the parties shall meet and confer regarding a protective order and a case management order.  It is further

**ORDERED** that, on or before July 13, 2021, at 5:00 p.m., the parties shall advise the Court in writing as to whether the hearing currently scheduled for July 15, 2021, is necessary to

resolve any remaining disputes regarding the proposed protective and case management orders. It is further

**ORDERED** that, on July 15, 2021, at 3:00 p.m., the parties shall appear before the Court for a status conference, via teleconference, by calling 1-877-873-8017 and entering the Court's access code (8583213) followed by the pound key (#).  It is further

**ORDERED** that the bench trial in this case shall occur from November 18, 2021, to November 23, 2021, and from December 20, 2021, to December 22, 2021.

**SO ORDERED** this 9th day of July, 2021.

REGGIE B. WALTON
United States District Judge