UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 21-1633 (RBW) |
| AON PLC, et al. | ) ) ) | |
| Defendants. | ) ) | |

**ORDER**

In accordance with the oral rulings issued by the Court at the hearing held on July 15, 2021, via teleconference, it is hereby

**ORDERED** that, on or before July 20, 2021, at 5:00 p.m., the government shall produce to the defendants the investigation materials referred to in the parties' Joint Status Report Regarding a Scheduling and Case Management Order, ECF No. 48.[1]  It is further

**ORDERED** that, on or before July 26, 2021, the government shall respond to the defendants' special interrogatories.  The government's responses shall comply with the requirements of Federal Rule of Civil Procedure 33.  It is further

**ORDERED** that, on or before July 16, 2021, the parties shall meet and confer regarding the deadlines for the defendants to propose additional settlement offers for adjudication at trial and for the parties to agree on whether a consent decree will be filed on Counts III through V of the Complaint.  It is further

---

[1] In the event that a non-party seeks additional protection from the Court through the procedures outlined in the Stipulated Protective Order, ECF No. 47, the government shall immediately advise the defendants of any objections.

**ORDERED** that the government's proposed language regarding Paragraph 25 of the proposed scheduling and case management order shall not be included in the proposed scheduling and case management order.[2]  It is further

**ORDERED** that, on or before July 19, 2021, the parties shall submit to the Court a joint proposed scheduling and case management order, reflecting the Court's rulings.  It is further

**ORDERED** that, on or before July 19, 2021, at 5:00 p.m., the parties shall advise the Court in writing as to whether the hearing currently scheduled for July 21, 2021, is necessary to resolve a dispute regarding the deadlines for settlement offers and a consent decree.  It is further

**ORDERED** that, on July 21, 2021, at 3:00 p.m., the parties shall appear before the Court for a status conference, via teleconference, by calling 1-877-873-8017 and entering the Court's access code (8583213) followed by the pound key (#).  The Courtroom Deputy will provide counsel with a security code required to access the status conference.  Members of the public are advised to dial in by calling 1-888-273-3658 and entering the public access code (1809972).

**SO ORDERED** this 16th day of July, 2021.

REGGIE B. WALTON<br>United States District Judge

---

[2] The unavailability of witnesses for the presentation of trial testimony in this case shall be determined according to Federal Rule of Civil Procedure 32 and the factors generally applicable in civil cases.