UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              *Plaintiff*,<br><br>v.<br><br>AON plc<br>and<br>WILLIS TOWERS WATSON plc,<br><br>              *Defendants*. | Civil Action No. 1:21-cv-01633 |

## NOTICE OF DISMISSAL

In view of the announcement by Defendants Aon plc and Willis Towers Watson plc that they have terminated the BUSINESS COMBINATION AGREEMENT by and between AON PLC and WILLIS TOWERS WATSON PUBLIC LIMITED COMPANY, dated March 9, 2020, that was the subject of this litigation, and pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the United States of America voluntarily dismisses without prejudice the claims asserted in this action against Defendants.

Dated: July 26, 2021

Respectfully submitted,

   /s/ William H. Jones II
William H. Jones II
Justin T. Heipp
U.S. Department of Justice, Antitrust Division
450 Fifth Street, NW, Suite 4100
Washington, DC 20530
Phone: 202-514-0230

Facsimile: 202-307-5802
E-mail: bill.jones2@usdoj.gov

*Attorneys for United States of America*

**CERTIFICATE OF SERVICE**

I certify that on July 26, 2021, I served the foregoing upon all counsel of record via the Court's CM/ECF system.

    */s/ William H. Jones II*
William H. Jones II
U.S. Department of Justice, Antitrust Division
450 Fifth Street, NW, Suite 7000
Washington, DC 20530
Phone: 202-514-0230
Facsimile: 202-307-5802
E-mail: bill.jones2@usdoj.gov

*Attorney for United States of America*